G. EDWARD RUDLOFF, JR. (SBN 56058)
ANDREA BEDNAROVA (SBN 250709)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501
E-Mail:  erudloff@rwblaw.com
         abednarova@rwblaw.com

Attorneys for Defendant HARTFORD CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DUDLEY DBA DA4 PRODUCTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY; PAULEY & ASSOCIATES INSURANCE AGENTS AND BROKERS; and DOES 1 TO 100,<br><br>Defendants.<br>_____/ | No.  2:10-CV-01075-MCE-KJN<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO SERVE SUPPLEMENTAL RESPONSES TO HARTFORD'S FIRST SETS OF FORM INTERROGATORIES AND DOCUMENT REQUESTS**<br><br>Complaint Filed:  7/27/2009<br>Removal Date:     4/30/2010<br>Trial Date:            Not yet set |

1. WHEREAS, the Parties to this action previously stipulated in the Sacramento County Superior Court that Plaintiff's further responses to Defendant's First Sets of Form Interrogatories and Requests for Production of Documents and Things were due on April 30, 2010.

2. WHEREAS, the Parties further stipulated to extend the deadline to file Defendant's Motion to Compel Further Responses to Defendant's First Sets of Form Interrogatories and Requests for Production of Documents and Things to May 14, 2010.

NOW, THEREFORE, by and through their undersigned counsel of record, the Parties hereby stipulate to the following:

1. Plaintiff shall supplement its responses to Defendant's First Sets of Form Interrogatories and Requests for Production of Documents and Things and produce any additional responsive documents no later than May 21, 2010.

2. The timing for filing of Defendant's Motion to Compel Responses to Defendant's First Sets of Form Interrogatories and Requests for Production of Documents and Things is governed by the Federal Rules of Civil Procedure and the Rules of this Court.

DATED: May 10, 2010    **RUDLOFF WOOD & BARROWS LLP**

By: ___/s/ G. Edward Rudloff, Jr._____
    G. Edward Rudloff, Jr.
    Andrea Bednarova
Attorneys for Defendant HARTFORD
CASUALTY INSURANCE COMPANY

DATED: May 7, 2010    DAVID ALLEN & ASSOCIATES

By: ____/s/ David Allen_____
    David Allen
Attorneys for PLAINTIFF JAMES DUDLEY dba
DA4 PRODUCTS, INC.

IT IS SO ORDERED.

DATED: <u>May 13</u>, 2010

 /s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE