G. EDWARD RUDLOFF, JR. (SBN 56058)
SUSANNA K. FARBER (SBN 251155)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:  (510) 740-1500
Facsimile:   (510) 740-1501
E-Mail:  erudloff@fgppr.com
             sfarber@fgppr.com

Attorneys for Defendant HARTFORD CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DUDLEY DBA DA4 PRODUCTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY; PAULEY & ASSOCIATES INSURANCE AGENTS AND BROKERS; and DOES 1 TO 100,<br><br>Defendants. | No.  2:10-CV-01075-MCE-KJN<br><br>**STIPULATION RE EARLY SETTLEMENT CONFERENCE DATE; ORDER**<br><br>Complaint Filed:  7/27/2009<br>Removal Date:      4/30/2010<br>Trial Date:            3/12/2012 |

Pursuant to the Pretrial Scheduling Order dated July 29, 2010, the parties obtained dates for an early settlement conference from Judge Dale A. Drozd and have met and conferred regarding a mutually agreeable date.  The parties are now hereby requesting that the Court schedule an early settlement conference for October 7, 2010 at 10:00 A.M. before Judge Drozd.

DATED: August 19, 2010         **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**


By: _____
       G. Edward Rudloff, Jr.
       Susanna K. Farber
Attorneys for Defendant HARTFORD CASUALTY INSURANCE COMPANY

1
**STIP RE EARLY SETTLEMENT CONF. DATE         CASE No. 2:10-CV-01075-MCE-KJN**

PDF created with pdfFactory trial version www.pdffactory.com

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

DATED: August 19, 2010          DAVID ALLEN & ASSOCIATES

                                By:   /s/ David Allen
                                      David Allen
                                Attorneys for PLAINTIFF JAMES DUDLEY dba
                                DA4 PRODUCTS, INC.

IT IS SO ORDERED.

DATED: August 24, 2010

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE

2

**STIP RE EARLY SETTLEMENT CONF. DATE        CASE No. 2:10-CV-01075-MCE-KJN**

PDF created with pdfFactory trial version www.pdffactory.com