G. EDWARD RUDLOFF JR. (State Bar No. 56058)
SUSANNA K. FARBER (State Bar No. 251155)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:  (510) 740-1500
Facsimile:  (510) 740-1501
E-mail:  erudloff@fgppr.com
         sfarber@fgppr.com

Attorneys for Defendant HARTFORD CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JAMES DUDLEY DBA DA4 PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD CASUALTY INSURANCE COMPANY; PAULEY & ASSOCIATES INSURANCE AGENTS AND BROKERS; and DOES 1 TO 100, <br><br> Defendants. | No.  2:10-CV-01075-MCE-KJN <br><br> **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON** <br><br> [Rule 41(a)(2), Fed. R.Civ.P.] <br><br> Complaint Filed:   7/27/2009 <br> Removal Date:      4/30/2010 <br> Trial Date:              3/12/2012 |

1. WHEREAS, the parties to this action have executed a Confidential Settlement Agreement and General Release In Full; and

2. WHEREAS, Plaintiff James Dudley, dba DA4 Products, Inc., has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2); and

3. WHEREAS, the parties to this action agree that each side is to bear its own costs in this matter;

///

///

///

-1-

4. The parties to this action agree, through their respective attorneys, that Plaintiff James Dudley, dba DA4 Products, Inc. hereby dismisses this action in its entirety, with prejudice, each side bearing its own costs.

**IT IS SO STIPULATED.**

DATED: November 4, 2010                DAVID ALLEN & ASSOCIATES

By:      /s/   David Allen
             David Allen
             Attorneys for Plaintiff JAMES DUDLEY,
             DA4 PRODUCTS, INC.

DATED: November 4, 2010                FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By:      /s/ G. Edward Rudloff, Jr.
             G. Edward Rudloff, Jr.
             Attorneys for Defendant HARTFORD
             CASUALTY INSURANCE COMPANY

## ORDER OF DISMISSAL

Based on the above-stated stipulation, and good cause otherwise appearing, IT IS ORDERED that this action is dismissed with prejudice. The Clerk of Court is hereby directed to close the file.

DATED:  November 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE